FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★ FEB 13 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MOHAMED HILALY MAJEED,

          Plaintiff,

    -against-

ADF COMPANIES,

          Defendant.
----------------------------------------------------------X

ORDER
11-CV-5459 (SJF)(ETB)

FEUERSTEIN, District Judge:

On November 8, 2011, *pro se* plaintiff Mohamed Hilaly Majeed ("plaintiff") commenced this action against defendant, ADF Companies, ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e to 2000e-17, as amended, and the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621-634, alleging that defendant discriminated against him on the basis of his gender, religion, national origin and age, and retaliated against him. Accompanying the complaint is an application to proceed *in forma pauperis*. Plaintiff's financial status, as set forth in the declaration in support of his application, qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is granted.

The Clerk of Court is directed to cause the United States Marshal Service to serve copies of the summons, complaint and this Order upon the defendant without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure, including mailing a copy of the Order to the *pro se* plaintiff at his last known address, *see* Fed. R. Civ. P. 5(b)(2)(C).

SO ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein
United States District Judge

Dated: February 13, 2012
      Central Islip, New York